UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Juan Felipe Sanchez                    Case No.: 03-22238 CIV HUCK

    Plaintiff,
v.

Impex Cargo Express, Inc.
Edgar Nivias
Jorge Arias
    Defendant.
_____/



## ANSWER

COMES NOW, DEFENDANTS, by and through undersigned counsel, and states the following with regards to each paragraph in Plaintiff's complaint:

1. Deny

2. Unknown at this time and therefore denied.

3. Admit only that the corporate defendant is located in Miami-Dade County and regularly transact business within said county and deny everything else in this paragraph.

4. Unknown at this time and therefore denied.

5. Unknown at this time and therefore denied.

6. Denied

7. Denied, specific statute is not phrased in the manner stated in Plaintiff's complaint.

8. Denied, specific statute is not phrased in the manner stated in Plaintiff's complaint.

9. Denied.



10. Denied.

11. Denied

12. Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff was employed by Defendant Corporation in a bona fide executive, administrative, or professional capacity pursuant to 29 USC 313.

2. Plaintiff was an independent contractor of the Defendant Corporation during the time alleged that he was employed.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served by US mail upon Attorney J.H. Zidell, Attorney for Plaintiff, 300 71st Street, #605, Miami Beach, Florida 33141 on October 15, 2003.

Roberto Matus, Esq.
Florida Bar No. 11071
Counsel for Defendant
Law Offices of Roberto Matus, P.A.
600 Brickell Avenue, Suite 701
Miami, Fl. 33131
(305)374-6700